UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

    Stephen Wayne Lillard            Chapter 13

                                           Case No.   13-31231

SSN# :   XXX-XX-9100

                     DEBTOR

## CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION
## OF PLAN PAYMENTS

Warren L. Tadlock, Chapter 13 Trustee, reports to the Court that the above-named debtor has made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan.

Dated:  June 12, 2018                                                  WARREN L. TADLOCK
                                                                     Standing Chapter 13 Trustee
                                                                     5970 Fairview Road, Suite 650
                                                                     Charlotte, NC  28210-2100

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid.

Stephen Wayne Lillard, 8411 Swank Place Apt. 104, Charlotte, NC  28216

                                                                                      L. Long
                                                                                       Chapter 13 Trustee Office

## **INSTRUCTIONS REGARDING CHAPTER 13 DISCHARGE**

To the Debtor and the Attorney for the Debtor:

The Chapter 13 Trustee has filed a Report of Completion of Plan Payments.

> **You are hereby notified that, pursuant to the Bankruptcy Code & Rules, and Administrative Order, IF YOU BELIEVE YOU ARE ENTITLED TO A DISCHARGE, you must prepare, sign, file, and serve on your creditors a DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION REGARDING PLAN COMPLETION (Local Form 8).**
>
> **These documents must be signed, filed and served on your creditors within 60 days of the file date of the Trustee's Report.**

Failure to file and serve the required documents timely could result in the closing of the case without a discharge.

Local Form 8, Motion for Entry of Discharge and Certification Regarding Plan Completion, can be obtained from the Court's web site at www.ncwb.uscourts.gov

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this Chapter 13 case. If you do not have an attorney, you may wish to consult with one.**

WARREN L. TADLOCK
Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100

(704) 372-9650