Local Form 8                                                          March 2013

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:  )
Stephen Wayne Lillard  )
  )   Chapter 13
  )   Case No. 13-31231
         Debtor(s)  )

### CHAPTER 13 DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATIONS REGARDING PLAN COMPLETION, DOMESTIC SUPPORT OBLIGATIONS, AND SECTION 522(q)

Pursuant to 11 U.S.C. § 1328(a) the debtor makes the following certifications regarding the completion of the plan:

1. I have satisfied all plan requirements.

2. [✓] I owed no Domestic Support Obligation when I filed my Chapter 13 petition, and I have not been required to pay any such obligation since then.

3. [ ] I am or have been required to pay a Domestic Support Obligation. I have paid all such amounts that my Chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my Chapter 13 petition and today.

3a. If you checked paragraph 3 above, you must provide the information below:

My current address is:_____

My current employer and my employer's address:_____

Debts not discharged under 11 U.S.C. § 523(a)(2) or (4):_____

Debts reaffirmed under 11 U.S.C. § 524(d):_____

4. [✓] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), that exceeds $146,450* in value in the aggregate.

5. [ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), that exceeds $146,450* in value in the aggregate.

6. I am entitled to receive a discharge under 11 U.S.C. § 1328.

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

Dated: 7/6/2018                                          _____
                                                              Debtor

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
CHARLOTTE DIVISION

IN RE: )
Stephen Wayne Lillard )
) Chapter 13
) Case No. 13-31231
Debtor(s) )
)

**NOTICE OF OPPORTUNITY FOR HEARING ON**
**CHAPTER 13 DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND**
**CERTIFICATIONS REGARDING PLAN COMPLETION, DOMESTIC SUPPORT**
**OBLIGATIONS, AND SECTION 522(q)**

To: [all creditors on the Court's mailing matrix]:

**PLEASE TAKE NOTICE** that the debtor has filed a Motion for Entry of Discharge and Certification Regarding Plan Completion, Domestic Support Obligations, and Section 522(q). A copy of said pleading is attached hereto.

Any objection must be filed in writing with the Bankruptcy Court and a copy served on the debtor and the attorney for the debtor within 14 days of the date of this notice. If no objections are filed and served in a timely manner, the Court will enter a discharge.

A hearing on any objections filed and served in a timely manner will be held on the 11th day of September, 20 18 at 9:30 in U.S. Bankruptcy Court, 401 West Trade Street, Room 111 Charlotte, NC 28202

Date: August 13, 2018

/s/Danielle J. Walle

Danielle J. Walle, NC Bar# 44022
McIlveen Family Law
174 S. South Street, Suite 301
Gastonia, NC 28052
T: (704) 865-9011 / F: (704) 865-9014

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this pleading on the attorneys, creditors, and interested parties of record included on the most recent version of the Clerk of Court's mailing matrix, a copy of which is attached hereto. Non-ECF users were served by depositing a copy of same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Date: August 13, 2018

/s/Danielle J. Walle
Attorney for Debtor/*Pro Se* Debtor

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
CHARLOTTE DIVISION

IN RE:
Stephen Wayne Lillard

Debtor(s)

Chapter 13
Case No. 13-31231

**NOTICE OF OPPORTUNITY FOR HEARING ON
CHAPTER 13 DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND
CERTIFICATIONS REGARDING PLAN COMPLETION, DOMESTIC SUPPORT
OBLIGATIONS, AND SECTION 522(q)**

To: [all creditors on the Court's mailing matrix]:

**PLEASE TAKE NOTICE** that the debtor has filed a Motion for Entry of Discharge and Certification Regarding Plan Completion, Domestic Support Obligations, and Section 522(q). A copy of said pleading is attached hereto.

Any objection must be filed in writing with the Bankruptcy Court and a copy served on the debtor and the attorney for the debtor within 14 days of the date of this notice. If no objections are filed and served in a timely manner, the Court will enter a discharge.

A hearing on any objections filed and served in a timely manner will be held on the 11th day of September, 2018 at 9:30 in U.S. Bankruptcy Court, 401 West Trade Street, Room 111 Charlotte, NC 28202

Date: August 13, 2018

/s/M. Shane Perry

M. Shane Perry, NC Bar# 35498
Collum & Perry, PLLC
109 W. Statesville Ave.
Mooresville, NC 28115
T: (704) 865-9011 / F: (704) 865-9014

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this pleading on the attorneys, creditors, and interested parties of record included on the most recent version of the Clerk of Court's mailing matrix, a copy of which is attached hereto. Non-ECF users were served by depositing a copy of same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Date: August 13, 2018

/s/M. Shane Perry
Attorney for Debtor/*Pro Se* Debtor

Alison R. Lillard
16338 Cardross Lane
Huntersville, NC 28078-2206

Ally Financial
Attn. Corporate Officer
PO Box 380901
Bloomington, MN 55438

Ashton Reserve
5000 Grober
Charlotte, NC 28226

Chase Auto Finance Corp.
Attn: Corporate Officer
900 Stewart Avenue
Garden City, NY 11530

Chase card services
PO Box 15153
Wilmington, DE 19886

Citi Bank
processing center
Des Moines, IA 50363

Citibank South Dakota
Attn: Corporate Officer
PO Box 6241
Sioux Falls, SD 57117

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Citibank, NA
Attn. Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Courtney M. Domel
P.O. Box 829009
Dallas, TX 75382-9009

Delaware Place Bank
190 E. Delaware Place
Chicago, IL 60611

Ford Motor Credit Company, LLC
Attn. Corporate Officer
PO Box 542000
Omaha, NE 68154

GE Money Bank
Attn: Corporate Officer
1600 Summer Street, Fifth Floor
Stamford, CT 06905

GMAC
Attn. Corporate Officer
1100 Virginia Drive
Fort Washington, PA 19034

GMAC Inc. c/o Ally Financial
Attn. Corporate Officer
PO Box 380901
Bloomington, MN 55438

Green Tree Servicing
Attn. Corporate Officer
PO Box 94710
Palatine, IL 60094-4710

HSBC Bank USA, N.A.
Attn. Corporate Officer
PO Box 9068
Brandon, FL 33509

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7346

Kia Financial
Charlotte
Charlotte, NC 28078

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

People's United Bank
Attn. Corporate Officer
850 Main St., 11th Floor
Bridgeport, CT 06604

PNC Bank
po box 856177
Louisville, KY 40285

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

RBS Citizens National Assocition
Attn: Corporate Officer
327 Hillsborough St
Raleigh, NC 27603

Sprint
6200 Sprint Pkwy
Eisenhower A
Overland Park, KS 66251

Suntrust Bank
Attn. Corporate Officer
1001 Semmes Ave.
Richmond, VA 23224

SunTrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286

Target National Bank
Attn. Corporate Officer
3701 Wayzata Blvd.
MS-3CG
Minneapolis, MN 55416

TCF Financial Corporation
200 Lake Street East
Wayzata, MN 55391

TD Auto Finance
Attn. Corporate Officer
27777 Franklin Rd
Farmington Hills, MI 48334

US Bank, NA
Attn. Corporate Officer
P.O. Box 5229
Cincinnati, OH 45201

Web Bank
Attn: Corporate Officer
215 South State St
Ste 800
Salt Lake City, UT 84111

World Omni Financial Corp.
Attn. Corporate Officer
100 Jim Moran Blvd.
Deerfield Beach, FL 33442

Chase Card Services
Attn. Corporate Officer
P.O. Box 15298
Wilmington, DE 19850-5298

Central Mortgage Company
801 John Barrow
Suite 1
Little Rock, AR 72205

Fifth Third Bank
Attn. Corporate Officer
38 Fountain Sq. Plaza
Fifth Third Center
Cincinnati, OH 45263

HSBC North America
Attn. Corporate Officer
26525 North Riverwoods Blvd.
4 North East
Mettawa, IL 60045

Fifth Third Bank
9441 LBJ Freeway, Suite 350
Dallas, TX 75243