**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 13–31231
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Stephen Wayne Lillard
16338 Cardross Ln
Huntersville, NC 28078
Social Security No.: xxx–xx–9100

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Discharge filed in the above referenced case on 08/13/2018 as document # 21 is defective for the reason(s) marked below:

Incorrect hearing time

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: August 14, 2018                                                                                         Steven T. Salata
                                                                                                              Clerk of Court

Electronically filed and signed (8/14/18)