**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In Re:                                                                                           Case No.  13-31231
Stephen Wayne Lillard
                                                                                                 Chapter 13
SSN# :  XXX-XX-9100

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

This Case was                                                                        The Plan was
Commenced on 6/4/2013                                                     Confirmed on 8/2/2013

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtor for the benefit of Creditors:  $49,500.00

Plan Base = $49,500.00

**CLAIMS AND DISTRIBUTIONS TO DATE**

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 1,818.93 | 1,818.93 | |
| 0 | | Stephen Wayne Lillard | DEBTOR REFUND | 0.00 | 0.00 | 0.00 |
| 0 | | DANIELLE J BRUDI | ATTORNEY FEE | 0.00 | 0.00 | 0.00 |
| 1 | | DANIELLE J BRUDI | B-Base Attorney Fee(s) | 993.00 | 993.00 | 0.00 |
| 2 | | DANIELLE J BRUDI | B-Base Attorney Fee(s) | 672.00 | 672.00 | 0.00 |
| 5 | 1 | SUNTRUST BANK | C-Car /Other (910/365) | 33,566.06 | 33,566.06 | 4,614.17 |
| 3 | 4 | CENTRAL MORTGAGE COMPANY | M-Mortgage | 0.00 | 0.00 | 0.00 |
| 4 | | GREEN TREE SERVICING | M-Mortgage | 0.00 | 0.00 | 0.00 |
| 53 | 4 | CENTRAL MORTGAGE COMPANY | N-Mortgage/Lease Arrears | 0.00 | 0.00 | 0.00 |
| 6 | | ALLY FINANCIAL | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 7 | | CHASE AUTOMOTIVE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 8 | 6 | PORTFOLIO RECOVERY ASSOCIATES LL | U-Unsecured | 20,295.26 | 2,760.65 | 0.00 |
| 9 | | CHASE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 10 | | CITIBANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 11 | | CITIBANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 12 | 7 | CITIBANK NA | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 13 | | CITI BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 14 | | CITI BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 15 | | DELAWARE PLACE BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 16 | | DELAWARE PLACE BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 17 | 2 | FIFTH THIRD BANK | U-Unsecured | 16,636.50 | 2,262.98 | 0.00 |
| 18 | 3 | FIFTH THIRD BANK | U-Unsecured | 3,012.60 | 409.80 | 0.00 |
| 19 | | FIFTH THIRD BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 20 | | FIFTH THIRD BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 21 | | FIFTH THIRD BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 22 | | FIFTH THIRD BANK CARD CENTER | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 23 | | FORD MOTOR CREDIT C/O CORRESPOND | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 24 | | GE MONEY BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 25 | | GE MONEY BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 26 | | GMAC MORTGAGE LLC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 27 | | GMAC MORTGAGE LLC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 28 | | GMAC MORTGAGE LLC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 29 | | GMA/ALLY FINANCIAL | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 30 | | HSBC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 31 | | HSBC NORTH AMERICA | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 32 | | KIA FINANCIAL | U-Unsecured | 0.00 | 0.00 | 0.00 |

Case No.  13-31231  Lillard

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 1,818.93 | 1,818.93 | |
| 33 | | PEOPLES UNITED BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 34 | | PEOPLES UNITED BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 35 | | PEOPLES UNITED BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 36 | | PEOPLES UNITED BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 37 | | PNC BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 38 | | RBS CITIZENS NATIONAL ASSOCIATION | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 39 | | TARGET | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 40 | | TCF BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 41 | | TCF BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 42 | | TD AUTO FINANCE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 43 | | US BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 44 | 5 | PRA RECEIVABLES MANAGEMENT LLC | U-Unsecured | 17,661.67 | 2,402.41 | 0.00 |
| 45 | | US BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 46 | | US BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 47 | | WEB BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 48 | | WEB BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 49 | | WORLD OMNI FINANCIAL | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 50 | | ASHTON RESERVE | V-Vehicle/Other Leases | 0.00 | 0.00 | 0.00 |
| 51 | | SPRINT | V-Vehicle/Other Leases | 0.00 | 0.00 | 0.00 |
| 52 | | ALISON R LILLARD | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 54 | | STEPHEN WAYNE LILLARD | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | **Totals** | **$94,656.02** | **$44,885.83** | **$4,614.17** |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Warren L. Tadlock as Trustee and releasing Warren L. Tadlock and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

Dated:  9/10/2018

Warren L. Tadlock, Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100
(704) 372-9650

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 9/10/2018.

L.   Long
Office of the Chapter 13 Trustee

Stephen Wayne Lillard, 16338 Cardross Ln., Huntersville, NC 28078
BANKRUPTCY ADMINISTRATOR, 402 WEST TRADE STREET SUITE 200, CHARLOTTE, NC 28202