| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Stephen Wayne Lillard** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9100** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of North Carolina** | | |
| Case number:   **13–31231** | | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Warren L. Tadlock is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 13 case of the above named debtor is closed.

Dated: September 17, 2018
BY THE COURT


Laura T. Beyer

United States Bankruptcy Judge


Electronically filed and signed (9/17/18)